IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID JACOB JOHANNSEN                                                              PLAINTIFF

v.                                          Case No. 6:26-cv-6046

SERGEANT THOMAS FOX; SERGEANT
DAVID WILCUT; DEPUTY WILSON;
DEPUTY SHANE TATUM
(All of Garland County Sheriff's Office)                                        DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark, E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A, Judge Ford recommends that: 1) Plaintiff's Claim One against Defendant Fox be permitted to proceed; 2) Plaintiff's Claim One against Defendants Tatum, Wilcut, and Wilson be dismissed without prejudice; 3) Plaintiff's Claim Two against Defendants Wilson and Tatum be permitted to proceed; 4) Plaintiff's Claim Three against Defendant Wilcut be permitted to proceed; and 5) Plaintiff's Claim Three against Defendants Fox and Wilson be dismissed without prejudice. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 10) in toto. Accordingly, Plaintiff's Claim One against Defendants Tatum, Wilcut, and Wilson, and Claim Three against Defendants Fox and Wilson are **DISMISSED WITHOUT PREJUDICE**. All other claims may proceed.

**IT IS SO ORDERED**, this 20th day of July, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge